IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES YOUNG,

    Plaintiff,

v.                                                          4:19cv526–WS/HTC

MARK INCH, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 41) docketed June 4, 2020. The magistrate judge recommends that the case be dismissed for failure to exhaust administrative remedies. The plaintiff, James Young, has filed no objections to the report and recommendation.

The court having carefully reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. Defendants' motions to dismiss (ECF Nos. 22, 25, 26) are GRANTED.

2. James Young's claims against all defendants, both served and unserved, are DISMISSED for failure to exhaust administrative remedies.

3. The clerk shall enter judgment stating: "All claims are DISMISSED for failure to exhaust administrative remedies."

4. The clerk shall close the file.

DONE AND ORDERED this __7th__ day of __July__, 2020.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE